UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1255 JRT/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIRGINIA M. MORIN,

Defendant,

U.S. BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds or bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about March 1, 2004, is hereby released.

Dated: 3/24/04

Franklin L. Noel

Magistrate Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK