# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-MAY-2005 FOR: 2000Z00313/001 PAGE: 1 OF 3

DEBTOR: Morin, Virginia M.

COURT NUMBER: 0-1255 JRT/FLN PRIORITY CODE:

CURRENT LIABILITY BALANCE: $17,666.67

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 29-FEB-2000 | OT/B | debtor TOPS at DOE | | REC'D DOE | | $6.44 | 18-SEP-2000 |
| 0003 | PMNT | WA | 29-FEB-2000 | OT/B | debtor TOPS at DOE | | REC'D DOE | | $453.95 | 18-SEP-2000 |
| 0010 | PMNT | WA | 08-MAY-2003 | OT/B | V. MORIN | | 03/128 #35 | | $124.57 | 12-MAY-2003 |
| 0011 | PMNT | WA | 23-JUN-2003 | OT/B | V. MORIN | | 03/174 #43 | | $200.00 | 03-JUL-2003 |
| 0017 | PMNT | T | 05-APR-2004 | GR/G | Allina Health | MN /04/131 | 5970829 | | $225.00 | 05-APR-2004 |
| 0017 | PMNT | WA | 05-APR-2004 | GR/G | Allina Health | MN /04/131 | 5970829 | | $66.13 | 05-APR-2004 |
| 0018 | PMNT | WA | 05-APR-2004 | GR/G | Allina Health | MN /04/131 | 5964029 | | $296.66 | 05-APR-2004 |
| 0019 | PMNT | WA | 16-APR-2004 | GR/G | ALLINA HEALTH SYSTEM | MN /04/140 | 5977217 | | $293.34 | 16-APR-2004 |
| 0020 | PMNT | WA | 03-MAY-2004 | GR/G | ALLINA HEALTH | MN /04/151 | 5984223 | | $304.40 | 03-MAY-2004 |
| 0021 | PMNT | WA | 14-MAY-2004 | GR/G | ALLINA | MN /04/160 | 5990531 | | $306.62 | 14-MAY-2004 |
| 0022 | PMNT | WA | 24-MAY-2004 | TV/B | | | TOP | | $765.75 | 27-MAY-2004 |
| 0023 | PMNT | WA | 03-JUN-2004 | GR/G | Allina | MN /04/172 | 5998598 | | $291.13 | 03-JUN-2004 |
| 0024 | PMNT | WA | 16-JUN-2004 | GR/G | ALLINA HEALTH SYSTEM | MN /04/180 | 6004500 | | $290.02 | 16-JUN-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0025 | PMNT | WA | 02-JUL-2004 | GR/G | Allina Health | MN | /04/192 | 6010810 | $298.87 | 02-JUL-2004 |
| 0026 | PMNT | WA | 14-JUL-2004 | GR/G | Allian Health | MN | /04/200 | 6016620 | $295.55 | 14-JUL-2004 |
| 0027 | PMNT | WA | 29-JUL-2004 | GR/G | Allina Health System | MN | /04/213 | 6022658 | $305.51 | 29-JUL-2004 |
| 0028 | PMNT | WA | 11-AUG-2004 | GR/G | Allina Health | MN | /04/222 | 6029844 | $295.76 | 11-AUG-2004 |
| 0029 | PMNT | WA | 25-AUG-2004 | GR/G | ALLINA HEALTH SYSTEM | MN | /04/232 | 6035389 | $295.55 | 25-AUG-2004 |
| 0033 | PMNT | WA | 08-SEP-2004 | GR/G | ALLINA HEALTH SYS | MN | /04/241 | 6041928 | $298.87 | 08-SEP-2004 |
| 0034 | PMNT | WA | 22-SEP-2004 | GR/G | ALLINA HEALTH SYSTEM | MN | /04/251 | 6047448 | $311.04 | 22-SEP-2004 |
| 0035 | PMNT | WA | 01-OCT-2004 | GR/G | ALLINA HEALTH SYS | MN | /05/001 | 6052532 | $308.83 | 01-OCT-2004 |
| 0036 | PMNT | WA | 15-OCT-2004 | GR/G | ALLINA HEALTH SYSTEM | MN | /05/010 | 6058761 | $399.72 | 15-OCT-2004 |
| 0037 | PMNT | WA | 29-OCT-2004 | GR/G | ALLINA HEALTH SYST | MN | /05/019 | 6065601 | $322.41 | 29-OCT-2004 |
| 0038 | PMNT | WA | 15-NOV-2004 | GR/G | ALLINA HEALTH SYS | MN | /05/027 | 6072302 | $338.44 | 15-NOV-2004 |
| 0040 | PMNT | WA | 01-DEC-2004 | GR/G | ALLINA HEALTH | MN | /05/038 | 6079799 | $337.29 | 01-DEC-2004 |
| 0041 | PMNT | WA | 10-DEC-2004 | GR/G | ALLINA HEALTH SYSTEM | MN | /05/045 | 6084683 | $307.52 | 10-DEC-2004 |
| 0042 | PMNT | WA | 27-DEC-2004 | GR/G | Allina Health System | MN | /05/054 | 6091776 | $325.84 | 27-DEC-2004 |
| 0043 | PMNT | WA | 07-JAN-2005 | GR/G | Allina | MN | /05/061 | 6098753 | $305.84 | 07-JAN-2005 |
| 0044 | PMNT | WA | 24-JAN-2005 | GR/G | Allina | MN | /05/071 | 6106531 | $340.13 | 24-JAN-2005 |
| 0045 | PMNT | WA | 04-FEB-2005 | GR/G | Allina | MN | /05/079 | 6112196 | $340.13 | 04-FEB-2005 |
| 0046 | PMNT | WA | 18-FEB-2005 | GR/G | Allina | MN | /05/089 | 6118160 | $335.55 | 18-FEB-2005 |
| 0047 | PMNT | WA | 04-MAR-2005 | GR/G | Allina Health System | MN | /05/098 | 6124128 | $337.86 | 04-MAR-2005 |
| 0048 | PMNT | WA | 18-MAR-2005 | GR/G | Allina | MN | /05/108 | 6130725 | $345.85 | 18-MAR-2005 |
| 0049 | PMNT | WA | 01-APR-2005 | GR/G | Allina Health | MN | /05/118 | 6137464 | $335.54 | 01-APR-2005 |
| 0050 | PMNT | WA | 15-APR-2005 | GR/G | Allina Health | MN | /05/126 | 6144144 | $336.69 | 15-APR-2005 |
| 0051 | PMNT | WA | 29-APR-2005 | GR/G | Allina Health | MN | /05/134 | 6150077 | $322.94 | 29-APR-2005 |

Total Payments for Debtor: $11,065.74