CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MORIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-1255 JRT/FLN |

I hereby certify that on May 18, 2005, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Allina Health Services
Attn: Payroll Representative
P.O. Box 83270
Minneapolis, MN 55440

Virginia Morin
XXXX XXXXX XXXXXXX
XXXXX
St. Paul, MN 55105

s/ Nancy J. Lair
______________________________