UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1255 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MORIN,<br><br>Defendant,<br><br>ALLINA HEALTH SERVICES,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about February 27, 2004.

Defendant has now paid the judgment by compromise. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about February 27, 2004, is released.

Dated: January 6, 2006

*s/ Franklin L. Noel*
Magistrate Judge
United States District Court