UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1255 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MORIN,<br><br>Defendant,<br><br>ALLINA HEALTH SERVICES,<br><br>Garnishee. | ) | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Virginia M. Morin, the judgment debtor, and Allina Health Services, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Virginia M. Morin.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about February 27, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about March 5, 2004. As of the date of service, the garnishee, as the judgment debtor’s employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 25% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment order. The payments received by the U.S. Attorney’s Office are reflected on the attached Payment History.

PLEASE TAKE NOTICE: If you, the judgment debtor or the garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

We have filed a Satisfaction of Judgment with the Court and are providing the judgment debtor and the garnishee with a copy of the Satisfaction of Judgment. We are also furnishing the judgment debtor with the documents and information necessary to lift the liens placed against the judgment debtor, as a result of this judgment.

Dated: January 18, 2006

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse* *(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

January 19, 2006

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, ) Civil No. 00-1255 JRT/FLN
Plaintiff, )
v. ) NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT
VIRGINIA MORIN, )
Defendant, )
ALLINA HEALTH SERVICES, )
Garnishee. )

I hereby certify that on 1/19/06 I served the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify further that I electronically filed the above-listed document(s) with the Clerk of Court ... and that I placed said copies in postage paid envelope(s) addressed to the person(s) hereinafter named ...

Addressee(s):

Virginia M. Morin
XXXX MaXXXXX
St. Paul, MN 55105

Allina Health Services
Attn: Payroll Representative
P.O. Box 83270
Minneapolis, MN 55440

s/ Nancy J. Lair

RE: United States v. Virginia M. Morin
Civil No. 00-1255 JRT/FLN

Enclosed, for your records, is a copy of the Notice of Final Accounting of Garnishment of Defendant. Also enclosed is a copy of the Order signed by the Judge releasing the garnishment.

If you have any further questions, please call me at (612) 664-5600.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: NANCY J. LAIR
Financial Litigation Agent

cc: Virginia Morin

PLEASE TAKE NOTICE that if you, the judgment debtor or the garnishee, object to the accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

TO: Virginia M. Morin, judgment debtor, and Allina Health Services, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment ...

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about February 27, 2004. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about ..., 2004. As of XXXX service, the garnishee, as the judgment debtor's employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor.

The garnishee has withheld 25% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment order. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

Dated: January 19, 2006 at Minneapolis, Minnesota.

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY J. TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887