PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 17-JAN-2006

FOR: 2000Z00313/004

DEBTOR: Morin, Virginia M.
COURT NUMBER: 0-1255JRT/FLN
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 24-SEP-2001 | OT/J | TOPS C37 | | TOPS | | $186.50 | 28-SEP-2001 |
| 0003 | PMNT | T | 08-MAY-2003 | OT/B | V. MORIN | | 03/128 #35 | | $75.43 | 12-MAY-2003 |
| | | | | | | | Total Payments for Debtor: | | $261.93 | |